*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 30, 2015                    519537
_____

In the Matter of BRIAN JAMES,
                    Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT

NEW YORK STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION et al.,
                    Respondents.
_____

Calendar Date:  February 24, 2015

Before:  Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ.

_____

        Brian James, Cape Vincent, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H. Schiff of counsel), for respondents.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Petitioner was charged in a misbehavior report with fighting, violent conduct and creating a disturbance as a result of an altercation with another inmate.  Following a tier III disciplinary hearing, petitioner was found guilty as charged and that determination was affirmed upon administrative appeal.  This CPLR article 78 proceeding ensued.

        While a review of the hearing transcript demonstrates that the Hearing Officer was often ill-mannered and lacking in

professional decorum, we nonetheless confirm.  The misbehavior report, related documentation and testimony from the correction officer who investigated the incident provide substantial evidence to support the determination of guilt (see Matter of Fernandez v Fischer, 110 AD3d 1422, 1422 [2013]; Matter of Leslie v Fischer, 107 AD3d 1264, 1265 [2013]).  Testimony from petitioner and other inmate witnesses that petitioner was not involved in the incident created a credibility issue for the Hearing Officer to resolve (see Matter of Fernandez v Fischer, 110 AD3d at 1423; Matter of Mitchell v Bezio, 69 AD3d 1281, 1281-1282 [2010]).  Petitioner's remaining contentions have been reviewed and found to be without merit.

Lahtinen, J.P., Egan Jr., Lynch and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court